UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KEVIN BRAZELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:20-CV-32-TAV-HBG |
| | ) |
| BOB MCGEE, | ) |
| OFFICER MILLER, | ) |
| WILLIAM B. LEE, and | ) |
| INDYA KINCANNON, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Plaintiff's motions for leave to proceed *in forma pauperis* [Docs. 1, 7] are **GRANTED**.

2. Plaintiff is **ASSESSED** the civil filing fee of $350.00.

3. The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit the filing fee to the Clerk in the manner set forth in the memorandum opinion.

4. The Clerk is **DIRECTED** to mail a copy of the memorandum opinion and this order to the custodian of inmate accounts at the institution where Plaintiff is now confined and to the Attorney General for the State of Tennessee and to furnish a copy of this order to the Court's financial deputy.

5. Plaintiff's motion to amend/supplement his complaint [Doc. 6] is **DENIED**.

6. Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983. Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(A).

7. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file

a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

8. The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

**ENTER:**

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE